**FILED**

02/28/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0715

## IN THE SUPREME COURT FOR THE STATE OF MONTANA

STATE OF MONTANA,

      Plaintiff/Appellee,

vs.

TREVOR ROBERTS,

      Defendants/Appellant.

CAUSE NO. DA 23-0715

ORDER FOR EXTENSION
FOR PRODUCTION OF
TRANSCRIPTS

UPON Appellant's unopposed motion for two additional weeks for Transcripts in this matter, currently due 2/28/24, with Affidavit from Court Reporter, and good cause therefrom,

IT IS HEREBY ORDERED that additional time to transmit the record in this case is Granted, and the transcripts shall be provided on or before March 13, 2024.

Dated this _____day of February 2024.

_____
Justice of the Supreme Court

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 28 2024